

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00340-CR

| | | |
|---|---|---|
| ANTONO MASADA JAMES RAGSDALE, Appellant | § | On Appeal from the 213th District Court |
| | § | |
| | | of Tarrant County (1457150D) |
| V. | § | |
| | | June 13, 2019 |
| | § | |
| THE STATE OF TEXAS | | Opinion by Justice Kerr |
| | § | |
| | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Elizabeth Kerr
Justice Elizabeth Kerr